**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JASON MILLS | : | CASE NO. 3:26-CV-067 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY | : | |
| Defendants. | : | |

**ORDER OF DISMISSAL; TERMINATION ENTRY**

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED,** with prejudice as to the parties, provided that any of the parties may, upon good cause shown **within 60 days**, reopen the action if settlement is not consummated.

Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

The Court will retain jurisdiction to enforce the terms of the settlement between the parties, if necessary.

**IT IS SO ORDERED.**

Date: 8-26-26

Walter H Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT